IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN GRAHAM, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>FACEBOOK, INC. and DOES 1 through 10,<br><br>        Defendants. | Case No. 2:11-cv-02556-JTM-KMH |

**JOINT MOTION FOR A STAY OF PROCEEDINGS PENDING
RULING BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Plaintiff John Graham and Defendant Facebook, Inc. ("Facebook") (together, the "Parties") hereby jointly move the Court pursuant to Federal Rule of Civil Procedure 6(b)(1) and Civil Local Rule 6.1 for an Order staying all proceedings and deadlines in this action until thirty (30) days after the Panel on Multidistrict Litigation ("Panel") has issued a ruling on the currently pending motion for coordination or consolidation of this and other actions captioned *In re Facebook Internet Tracking Litigation* (MDL No. 2314) ("MDL Motion").  In support of the joint motion, the Parties state as follows:

1.    On October 5, 2011, Plaintiff filed his Class Action Complaint ("Complaint"), alleging that Facebook collected data regarding Facebook users' Internet activity without their consent while those users were logged out of their Facebook accounts.  Facebook's current deadline to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint is December

1.

2, 2011.[1]  The Parties have not previously sought an extension of any deadline in this action from the Court.

2. On September 30, 2011, a highly similar complaint was filed in the Northern District of California, captioned *Davis v. Facebook, Inc.*, No. 11-cv-04834 ("*Davis*").  The plaintiffs in *Davis* also allege that Facebook collected data regarding Facebook users' Internet activity without their consent while those users were logged out of their Facebook accounts.

3. Twelve other complaints have been filed in district courts across the United States, all alleging that Facebook collected data regarding Facebook users' Internet activity without their consent while those users were logged out of their Facebook accounts.  The Parties anticipate that other complaints with similar allegations are likely to be filed.

4. On October 17, 2011, plaintiffs in *Davis* filed the MDL Motion to transfer eleven of these actions, including *Davis* and this action, to a single district court for pretrial coordination or consolidation pursuant to 28 U.S.C. Section 1407.  (Mot. to Transfer and Consolidate, *In re Facebook Internet Tracking Litig.* (MDL No. 2314 Dkt. No. 1) at 1.)  Neither the Plaintiffs in this action nor Facebook will oppose the pretrial coordination or consolidation of these actions.  Given the similarities among the eleven actions, the Parties anticipate that the Panel will grant the MDL Motion.

5. Therefore, in light of the high probability that this action will be consolidated with numerous other related actions and/or transferred by the Panel to a different court for resolution, the Parties respectfully submit that a stay of this action would promote efficiency and the interests of justice.  A brief stay of this action will avoid the needless expenditure of Court and Party resources on initial motion practice and discovery prior to the Panel's ruling on the MDL

---

[1] Plaintiffs have agreed to a four-week extension of Facebook's initial response deadline to allow the Court time to consider and rule upon this motion.

Motion. Indeed, a stay of this type has already been granted in another of the related actions encompassed by the MDL Motion—*Thompson v. Facebook, Inc.*, No. 11-cv-04256 (W.D. Mo.). (*See id.*, Dkt. No. 6.)

6. The stay is not likely to be overly lengthy. Briefing on the MDL Motion is due to be completed on November 15, 2011 and the MDL Motion is expected to be heard by the Panel at its January 26, 2012 hearing in Miami, Florida.

Accordingly, the Parties hereby move the Court for a stay of all proceedings and deadlines in this action until thirty (30) days after the Panel on Multidistrict Litigation rules on the MDL Motion. This stay shall include a continuance of Facebook's deadline to answer, move to dismiss, or otherwise respond to Plaintiff's Complaint.

Dated: November 1, 2011                          Respectfully submitted,

__/s/ Andrew S. Lyskowski_____          __/s/ Stephen M. Gorny_____
Andrew S. Lyskowski                              Stephen M. Gorny
Attorneys for Plaintiff                          Attorneys for Plaintiff
JOHN GRAHAM                                      JOHN GRAHAM

BERGMANIS LAW FIRM, L.L.C.                       BARTIMUS, FRICKLETON, ROBERTSON,
ERIK A. BERGMANIS (MO Bar 33151)                 & GORNY, P.C.
(erik@ozarklawcenter.com)                        STEPHEN M. GORNY (KS Bar 16984)
ANDREW S. LYSKOWSKI (MO Bar 58307)               (steve@bflawfirm.com)
(alyskowski@ozarklawcenter.com)                  MICHELLE L. MARVEL (KS Bar 23511)
380 W. Hwy. 54, Suite 201                        (mmarvel@blawfirm.com
P.O. Box 229                                     11150 Overbrook Road, Suite 200
Camdenton, MO 65020                              Leawood, KS 66211
Telephone:    (573) 346-2111                     Telephone:    (913) 266-2300
Facsimile:    (573) 346-5885                     Facsimile:    (913) 266-2366

        /s/ Randall O. Barnes
      Randall O. Barnes
      Attorneys for Plaintiff
      JOHN GRAHAM

      BARNES & ASSOCIATES
      RANDALL O. BARNES (MO Bar 39884)
      (rbarnesjclaw@aol.com)
      219 East Dunklin Street, Suite A
      Jefferson City, MO 65101
      Telephone: (573) 634-8884
      Facsimile: (573) 635-6291


Dated: November 1, 2011     /s/ Jeffrey M. Gutkin
      Jeffrey M. Gutkin
      Attorneys for Defendant
      FACEBOOK, INC.

      COOLEY LLP
      MICHAEL G. RHODES (CA Bar 116127)
      (rhodesmg@cooley.com)
      MATTHEW D. BROWN (CA Bar 196972)
      (brownmd@cooley.com)
      JEFFREY M. GUTKIN (CA Bar 216083)
      (jgutkin@cooley.com)
      101 California Street, 5th Floor
      San Francisco, CA  94111-5800
      Telephone: (415) 693-2000
      Facsimile: (415) 693-2222